# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

ANTWAIN BAKER,

      Plaintiff,

      v.

ROBERT GERMAN; JUDGE STEPHEN D.
KELLEY; KATHLEEN WILCOX
WILLIAMS; KIPPIE MANOR; and
CAMDEN COUNTY, GEORGIA,

      Defendants.

CIVIL ACTION NO.: 2:17-cv-147

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 5, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint for failure to state a claim, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 11 day of _____, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA